

# Fourth Court of Appeals
## San Antonio, Texas

April 11, 2019

No. 04-19-00072-CV

**IN THE INTEREST OF H. R. M, A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM504989
Honorable Nick Catoe Jr., Judge Presiding

## O R D E R

The clerk's record is due to be filed with this court on April 15, 2019. *See* TEX. R. APP. P. 35.1. Before the due date, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of April, 2019.

KEITH E. HOTTLE,
Clerk of Court